UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                                                    CRIMINAL ACTION NO. 3:09CR-139-S

KEITH SHAW                                                                                 DEFENDANT

## MEMORANDUM OPINION AND ORDER

Defendant, Keith Shaw, moves the court "to secure the attendance of John S. Dennis at the sentencing of defendant Keith Shaw."

The defendant's supporting memorandum discloses several aspects of the testimony of Mr. Dennis which might prove useful to the defendant at sentencing.

Without disclosing where Mr. Dennis is located, the defendant goes on to request that Mr. Dennis' presence at sentencing be paid for with public funds.

In support of the proposition, the defendant states that he is "broke," as revealed by his net worth declaration. An examination of the presentence report, however, discloses that "not enough supporting financial information has been received to ascertain with certainty the defendant's ability to pay a fine in this case; however, the defendant's credit report does reflect a substantial amount of debt." The majority of the information contained in paragraph 84 of the presentence report is, therefore, not verified, despite the fact that the Probation Officer requested, but did not receive, supporting documentation from this defendant, who has owned businesses since 1996 which at one time had gross earnings of between $2 million to $4 million per year.

The court is unable and unwilling to rely upon the defendant's self-described poverty, without verification. Accordingly, the defendant's motion to obtain the presence of John S. Dennis as a witness at his sentencing hearing, at public expense, is **DENIED**.

**IT IS SO ORDERED** this


cc: Counsel of Record